UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00163-LDG-CWH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| JONATHAN RICHARD CALL, | ) | |
| Defendant. | ) | |

    The Defendant was Sentenced on Monday, January 16, 2014 to no custody. For good cause showing the Court hereby Orders the PR Bond exonerated.

DATED  this _____ day of February, 2014

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE