# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JONATHAN CALL,<br><br>　　　　Defendant. | Case No. 2:12-cr-00163-LDG (CWH)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Defendant's Motion to Suppress (#53), for which the Magistrate Judge entered a Report and Recommendation (#60) that the motion be denied, is DENIED as moot.

DATED this ____ day of March, 2014.

_____
Lloyd D. George
United States District Judge